UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61098-CIV-COHN/WHITE

ANDREW HOCHSTADT,

    Plaintiff,

v.

DENNIS McHUGH,

    Defendant.

_____/

**SCANNED**

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report and Recommendation [DE 4], submitted by Magistrate Judge Patrick A. White, regarding Mr. Hochstadt's civil rights complaint filed under 42 U.S.C. §1983. Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Complaint [DE 1] and the Report and Recommendation, and is otherwise fully advised in the premises. The Court notes that Mr. Hochstadt has filed no objections to the Report and Recommendation, and the time for filing such objections has passed. In consideration of the foregoing, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report of Magistrate Judge Patrick A. White [DE 4] is **ADOPTED**.

2. Plaintiff Andrew Hochstadt's civil rights Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted.

3. Any other pending motions are **DENIED as moot**. The Clerk of Court is

directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 26th day of August, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

Andrew Hochstadt, *pro se*
Mail Jail 6D1-11-1
P.O. Box 9356
Fort Lauderdale, FL 33310